UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADVOCATE CHRIST MEDICAL CENTER )
4440 West 95th Street )
Oak Lawn, IL  60453 )
)
ADVOCATE CONDELL MEDICAL CENTER )    Civil Case No.: 1:24-1531
801 South Milwaukee Avenue )
Libertyville, IL  60048 )
)
ADVOCATE ILLINOIS MASONIC MEDICAL )
CENTER )
836 West Wellington Avenue )
Chicago, IL  60657 )
)
ADVOCATE LUTHERAN GENERAL )
HOSPITAL )
1775 Dempster Street )
Park Ridge, IL  60068 )
)
ADVOCATE SHERMAN HOSPITAL )
1425 North Randall Road )
Elgin, IL  60123 )
)
ADVOCATE SOUTH SUBURBAN HOSPITAL )
17800 South Kedzie Avenue )
Hazel Crest, IL  60429 )
)
ADVOCATE TRINITY HOSPITAL )
2320 East 93rd Street )
Chicago, IL  60617 )
)
ANDALUSIA HEALTH )
849 South Three Notch Street )
Andalusia, AL  36420 )
)
ANDERSON HOSPITAL )
6800 State Route 162 )
Maryville, IL  62062 )
)
ASCENSION ALEXIAN BROTHERS )
800 Biesterfield Road )

1

Elk Grove Village, IL  60007    )
)
ASCENSION BORGESS HOSPITAL    )
1521 Gull Road    )
Kalamazoo, MI  49048    )
)
ASCENSION COLUMBIA SAINT MARY'S    )
HOSPITAL - MILWAUKEE CAMPUS    )
2301 North Lake Drive    )
Milwaukee, WI  53211    )
)
ASCENSION GENESYS HOSPITAL    )
1 Genesys Parkway    )
Grand Blanc, MI  48439    )
)
ASCENSION MACOMB - OAKLAND    )
HOSPITAL, WARREN CAMPUS    )
11800 East 12 Mile Road    )
Warren, MI  48093    )
)
ASCENSION MACOMB-OAKLAND    )
HOSPITAL, MADISON HEIGHTS CAMPUS    )
27351 Dequindre Road    )
Madison Heights, MI  48071    )
)
ASCENSION NE WISCONSIN - ST.    )
ELIZABETH CAMPUS    )
1506 South Oneida Street    )
Appleton, WI  54915    )
)
ASCENSION PROVIDENCE HOSPITAL    )
6901 Medical Parkway    )
Waco, TX  76712    )
)
ASCENSION PROVIDENCE HOSPITAL -    )
SOUTHFIELD CAMPUS    )
16001 West 9 Mile Road    )
Southfield, MI  48075    )
)
ASCENSION RIVER DISTRICT HOSPITAL    )
4100 River Road    )
East China Township, MI  48054    )
)
)

ASCENSION SACRED HEART PENSACOLA          )
HOSPITAL                                  )
5151 North Ninth Avenue                   )
Pensacola, FL  32504                      )
                                          )
ASCENSION SAINT JOHN HOSPITAL             )
22101 Moross                              )
Detroit, MI  48236                        )
                                          )
ASCENSION SAINT JOSEPH-JOLIET             )
333 North Madison Street                  )
Joliet, IL  60435                         )
                                          )
ASCENSION SAINT THOMAS DEKALB             )
520 West Main Street                      )
Smithville, TN  37166                     )
                                          )
ASCENSION SAINT THOMAS HIGHLANDS          )
HOSPITAL                                  )
401 Sewell Drive                          )
Sparta, TN  38583                         )
                                          )
ASCENSION SAINT THOMAS RIVER PARK         )
1559 Sparta Road                          )
McMinnville, TN  37110                    )
                                          )
ASCENSION SAINT THOMAS STONES             )
RIVER                                     )
324 Doolittle Road                        )
Woodbury, TN  37190                       )
                                          )
ASCENSION SAINT VINCENT CARMEL            )
13500 North Meridian                      )
Carmel, IN  46032                         )
                                          )
ASCENSION SAINT VINCENT                   )
EVANSVILLE                                )
3700 Washington Avenue                    )
Evansville, IN  47750                     )
                                          )
ASCENSION SAINT VINCENT HOSPITAL -        )
INDIANAPOLIS                              )
2001 West 86th Street                     )
Indianapolis, IN  46260                   )

3

ASCENSION SAINT VINCENT'S ST. CLAIR )
7063 Veterans Parkway )
Pell City, AL  35125 )
)
ASCENSION SE WISCONSIN HOSPITAL-ST. )
JOSEPH CAMPUS )
5000 West Chambers Street )
Milwaukee, WI  53210 )
)
ASCENSION SETON HAYS )
6001 Kyle Parkway )
Kyle, TX  78640 )
)
ASCENSION SETON MEDICAL CENTER )
AUSTIN )
1201 West 38th Street )
Austin, TX  78705 )
)
ASCENSION SETON NORTHWEST )
HOSPITAL )
11113 Research Boulevard )
Austin, TX  78759 )
)
ASCENSION SETON SOUTHWEST )
HOSPITAL )
7900 Farm to Market Road 1826 )
Austin, TX  78737 )
)
ASCENSION SETON WILLIAMSON )
201 Seton Parkway )
Round Rock, TX  78665 )
)
ASCENSION ST. FRANCIS HOSPITAL )
3237 South 16th Street )
Milwaukee, WI  53215 )
)
ASCENSION ST. JOHN JANE PHILLIPS )
3500 East Frank Phillips Boulevard )
Bartlesville, OK  74006 )
)
ASCENSION ST. JOHN MEDICAL CENTER )
1923 South Utica Avenue )
Tulsa, OK  74104 )

4

ASCENSION ST. JOHN OWASSO )
12455 East 100th Street North )
Owasso, OK  74055 )
)
ASCENSION ST. MARY'S HOSPITAL )
800 South Washington Avenue )
Saginaw, MI  48601 )
)
ASCENSION ST. VINCENT ANDERSON )
2015 Jackson Street )
Anderson, IN  46016 )
)
ASCENSION ST. VINCENT KOKOMO )
1907 West Sycamore Street )
Kokomo, IN  46901 )
)
ASCENSION ST. VINCENT'S EAST )
50 Medical Park East Drive )
Birmingham, AL  35235 )
)
ASCENSION ST. VINCENT'S RIVERSIDE )
HOSPITAL )
1 Shircliff Way )
Jacksonville, FL  32204 )
)
ASCENSION ST. VINCENT'S SOUTHSIDE )
HOSPITAL )
4201 Belfort Road )
Jacksonville, FL  32216 )
)
ASHLEY REGIONAL MEDICAL CENTER )
150 West 100 North )
Vernal, UT  84078 )
)
ASPIRUS RIVERVIEW HOSPITAL )
410 Dewey Street )
Wisconsin Rapids, WI  54494 )
)
ASPIRUS STEVENS POINT HOSPITAL )
900 Illinois Avenue )
Stevens Point, WI  54481 )
)
ATRIUM MEDICAL CENTER )

One Medical Center Drive                     )
Middletown, OH  45005                        )
                                             )
AUGUSTA HEALTH                               )
78 Medical Center Drive                      )
Fishersville, VA  22939                      )
                                             )
AULTMAN HOSPITAL                             )
2600 Sixth Street Southwest                  )
Canton, OH  44710                            )
                                             )
BAPTIST HEALTH FLOYD                         )
1850 State Street                            )
New Albany, IN  47150                        )
                                             )
BAXTER HEALTH                                )
624 Hospital Drive                           )
Mountain Home, AR  72653                     )
                                             )
BEAUMONT HOSPITAL, FARMINGTON                )
HILLS                                        )
28050 Grand River Avenue                     )
Farmington Hills, MI  48336                  )
                                             )
BRONSON BATTLE CREEK HOSPITAL                )
300 North Avenue                             )
Battle Creek, MI  49017                      )
                                             )
BRYAN EAST CAMPUS                            )
1600 South 48th Street                       )
Lincoln, NE  68506                           )
                                             )
CAPE REGIONAL MEDICAL CENTER                 )
2 Stone Harbor Boulevard                     )
Cape May Court House, NJ  8210               )
                                             )
CARLE FOUNDATION HOSPITAL                    )
611 West Park Street                         )
Urbana, IL  61801                            )
                                             )
CAROMONT REGIONAL MEDICAL CENTER             )
- GASTONIA                                   )
2525 Court Drive                             )
Gastonia, NC  28054                          )

)
CARONDELET HEART & VASCULAR )
INSTITUTE )
1601 West Saint Mary's Road )
Tucson, AZ  85745 )
)
CASTLEVIEW HOSPITAL )
300 North Hospital Drive )
Price, UT  84501 )
)
CHELSEA HOSPITAL )
775 South Main Street )
Chelsea, MI  48118 )
)
CHRISTUS GOOD SHEPHERD MEDICAL )
CENTER - LONGVIEW )
700 East Marshall Avenue )
Longview, TX  75601 )
)
CHRISTUS GOOD SHEPHERD MEDICAL )
CENTER - MARSHALL )
811 South Washington )
Marshall, TX  75670 )
)
COMANCHE COUNTY MEMORIAL )
HOSPITAL )
3401 West Gore Boulevard )
Lawton, OK  73505 )
)
COMMONSPIRIT - ST. CATHERINE )
HOSPITAL - DODGE CITY )
3001 Avenue A )
Dodge City, KS  67801 )
)
COMMUNITY HOSPITAL )
901 MacArthur Boulevard )
Munster, IN  46321 )
)
COMMUNITY HOSPITAL ANDERSON )
1515 North Madison Avenue )
Anderson, IN  46011 )
)
COMMUNITY HOSPITAL EAST )
1500 North Ritter Avenue )

Indianapolis, IN  46219                          )
                                                  )
COMMUNITY HOSPITAL NORTH                          )
7150 Clearvista Drive                             )
Indianapolis, IN  46256                          )
                                                  )
COMMUNITY HOSPITAL SOUTH                          )
1402 East County Line Road                        )
Indianapolis, IN  46227                          )
                                                  )
COMMUNITY HOWARD REGIONAL                         )
HEALTH                                            )
3500 South Lafountain Street                      )
Kokomo, IN  46902                                 )
                                                  )
COMMUNITY WESTVIEW HOSPITAL                       )
3630 North Guion Road                             )
Indianapolis, IN  46222                          )
                                                  )
CONWAY REGIONAL MEDICAL CENTER                    )
2302 College Avenue                               )
Conway, AR  72034                                 )
                                                  )
COREWELL HEALTH BUTTERWORTH                       )
HOSPITAL                                          )
100 Michigan Street Northeast                     )
Grand Rapids, MI  49503                           )
                                                  )
DANVILLE HOSPITAL (MAIN CAMPUS)                   )
1000 East Main Street                             )
Danville, IN  46122                               )
                                                  )
DEACONESS HENDERSON HOSPITAL                      )
1305 North Elm Street                             )
Henderson, KY  42420                              )
                                                  )
DECATUR MORGAN HOSPITAL PARKWAY                   )
CAMPUS                                            )
1874 Beltline Road Southwest                      )
Decatur, AL  35603                                )
                                                  )
DELL SETON MEDICAL CENTER AT THE                  )
UNIVERSITY OF TEXAS                               )
1500 Red River Street                             )

Austin, TX  78701                              )
                                               )
EAST ALABAMA MEDICAL CENTER                    )
2000 Pepperell Parkway                         )
Opelika, AL  36801                             )
                                               )
ELKHART GENERAL HOSPITAL                       )
600 East Boulevard                             )
Elkhart, IN  46514                             )
                                               )
EVANGELICAL COMMUNITY HOSPITAL                 )
One Hospital Drive                             )
Lewisburg, PA  17837                           )
                                               )
EVANSTON HOSPITAL                              )
2650 Ridge Avenue                              )
Evanston, IL  60201                            )
                                               )
FAIRFIELD MEDICAL CENTER                       )
401 North Ewing Street                         )
Lancaster, OH  43130                           )
                                               )
FIRELANDS REGIONAL MEDICAL CENTER              )
MAIN CAMPUS                                    )
1111 Hayes Avenue                              )
Sandusky, OH  44870                            )
                                               )
FITZGIBBON HOSPITAL                            )
2305 South Highway 65                          )
Marshall, MO  65340                            )
                                               )
FLUSHING HOSPITAL MEDICAL CENTER               )
4500 Parsons Boulevard                         )
Flushing, NY  11355                            )
                                               )
FRANCISCAN HEALTH HAMMOND                      )
5454 Hohman Avenue                             )
Hammond, IN  46320                             )
                                               )
FRANCISCAN HEALTH INDIANAPOLIS                 )
8111 South Emerson Avenue                      )
Indianapolis, IN  46237                        )
                                               )
FRANCISCAN HEALTH MICHIGAN CITY                )

3500 Franciscan Way                                      )
Michigan City, IN  46360                                 )
                                                         )
FRANCISCAN HEALTH OLYMPIA FIELDS                         )
20201 South Crawford Avenue                              )
Olympia Fields, IL  60461                                )
                                                         )
FRANCISCAN SAINT FRANCIS HEALTH -                        )
BEECH GROVE CAMPUS                                       )
1600 Albany Street                                       )
Beech Grove, IN  46107                                   )
                                                         )
FREEMAN HOSPITAL WEST                                    )
1102 West 32nd Street                                    )
Joplin, MO  64804                                        )
                                                         )
FROEDTERT HOSPITAL                                       )
9200 West Wisconsin Avenue                               )
Mmilwaukee, WI  53226                                    )
                                                         )
GENESIS MEDICAL CENTER SILVIS                            )
801 Illini Drive                                         )
Silvis, IL  61282                                        )
                                                         )
GENESIS MEDICAL CENTER,                                  )
DAVENPORT, EAST RUSHOLME STREET                          )
1227 East Rusholme Street                                )
Davenport, IA  52803                                     )
                                                         )
GENEVA GENERAL HOSPITAL                                  )
196 North Street                                         )
Geneva, NY  14456                                        )
                                                         )
GOLDEN VALLEY MEMORIAL HOSPITAL                          )
1600 North Second Street                                 )
Clinton, MO  64735                                       )
                                                         )
GOOD SAMARITAN HOSPITAL                                  )
2222 Philadelphia Drive                                  )
Dayton, OH  45406                                        )
                                                         )
GOOD SAMARITAN HOSPITAL                                  )
520 South Seventh Street                                 )
Vincennes, IN  47591                                     )

GUNDERSEN LUTHERAN MEDICAL )
CENTER )
1900 South Avenue )
La Crosse, WI  54601 )
                                                )
GUTHRIE LOURDES HOSPITAL )
169 Riverside Drive )
Binghamton, NY  13905 )
                                                )
HANCOCK REGIONAL HOSPITAL )
801 North State Street )
Greenfield, IN  46140 )
                                                )
HAVASU REGIONAL MEDICAL CENTER )
101 Civic Center Lane )
Lake Havasu City, AZ  86403 )
                                                )
HCA FLORIDA PUTNAM HOSPITAL )
611 Zeagler Drive )
Palatka, FL  32177 )
                                                )
HENRY COMMUNITY HEALTH )
1000 North 16th Street )
New Castle, IN  47362 )
                                                )
HIGH POINT MEDICAL CENTER )
601 North Elm Street )
High Point, NC  27262 )
                                                )
HILLSDALE HOSPITAL )
168 South Howell Street )
Hillsdale, MI  49242 )
                                                )
HOLLAND HOSPITAL )
602 Michigan Avenue )
Holland, MI  49423 )
                                                )
HOLY CROSS HOSPITAL )
1500 Forest Glen Road )
Silver Spring, MD  20910 )
                                                )
HOLY FAMILY MEMORIAL MEDICAL )
CENTER )

2300 Western Avenue                                )
Manitowoc, WI  54221                               )
                                                   )
INDIANA UNIVERSITY HEALTH MORGAN                   )
HOSPITAL                                           )
2209 John R. Wooden Drive                          )
Martinsville, IN  46151                            )
                                                   )
IREDELL MEMORIAL HOSPITAL                          )
557 Brookdale Drive                                )
Statesville, NC  28677                             )
                                                   )
IU HEALTH BALL MEMORIAL HOSPITAL                   )
2401 West University Avenue                        )
Munice, IN  47303                                  )
                                                   )
IU HEALTH BLOOMINGTON HOSPITAL                     )
2651 East Discovery Parkway                        )
Bloomington, IN  47408                             )
                                                   )
IU HEALTH METHODIST UNIVERSITY                     )
1701 North Senate Blvd                             )
Indianapolis, IN  46202                            )
                                                   )
JACKSON PURCHASE MEDICAL CENTER                    )
1099 Medical Center Circle                         )
Mayfield, KY  42066                                )
                                                   )
JAMAICA HOSPITAL MEDICAL CENTER                    )
8900 Vanwyck Expressway                            )
Jamaica, NY  11418                                 )
                                                   )
JOHN H. STROGER, JR. HOSPITAL OF                   )
COOK COUNTY                                        )
1969 West Ogden Avenue                             )
Chicago, IL  60612                                 )
                                                   )
JOHNSON MEMORIAL HEALTH                            )
1125 West Jefferson Street                         )
Franklin, IN  46131                                )
                                                   )
KARMANOS CANCER HOSPITAL                           )
4100 John R Street                                 )
Detroit, MI  48201                                 )

KENT HOSPITAL                               )
455 Toll Gate Road                          )
Warwick, RI  02886                          )
                                            )
LAKE CUMBERLAND REGIONAL                     )
HOSPITAL                                    )
305 Langdon Street                          )
Somerset, KY  42503                         )
                                            )
LAKE HURON MEDICAL CENTER                    )
2601 Electric Avenue                        )
Port Huron, MI  48060                       )
                                            )
LAKELAND COMMUNITY HOSPITAL                   )
42024 AL-195                                 )
Haleyville, AL  35565                       )
                                            )
LIVINGSTON REGIONAL HOSPITAL                  )
315 Oak Street                              )
Livingston, TN  38570                       )
                                            )
LOGAN MEMORIAL HOSPITAL                       )
1625 Nashville Road                         )
Russellville, KY  42276                     )
                                            )
M HEALTH FAIRVIEW SAINT JOSEPH'S             )
HOSPITAL                                    )
45 West 10th Street                         )
Saint Paul, MN  55102                       )
                                            )
MARIA PARHAM MEDICAL CENTER                   )
566 Ruin Creek Road                         )
Henderson, NC  27536                        )
                                            )
MARIETTA MEMORIAL HOSPITAL                    )
401 Matthew Street                          )
Marietta, OH  45750                         )
                                            )
MARION GENERAL HOSPITAL                       )
441 North Wabash Avenue                      )
Marion, IN  46952                           )
                                            )
MATHER HOSPITAL                              )

75 North Country Road )
Port Jefferson, NY  11777 )
)
MAYO CLINIC HEALTH SYSTEM - )
FRANCISCAN HEALTHCARE LA CROSSE )
700 West Avenue South )
La Crosse, WI  54601 )
)
MAYO CLINIC HEALTH SYSTEM IN EAU )
CLAIRE )
1221 Whipple Street )
Eau Claire, WI  54703 )
)
MCLAREN BAY REGION )
1900 Columbus Avenue )
Bay City, MI  48708 )
)
MCLAREN CENTRAL MICHIGAN )
1221 South Drive )
Mount Pleasant, MI  48858 )
)
MCLAREN FLINT HOSPITAL )
401 South Ballenger Highway )
Flint, MI  48532 )
)
MCLAREN GREATER LANSING )
2900 Collins Road )
Lansing, MI  48910 )
)
MCLAREN LAPEER REGION HOSPITAL )
1375 North Main Street )
Lapeer, MI  48446 )
)
MCLAREN MACOMB HOSPITAL )
1000 Harrington Boulevard )
Mount Clemens, MI  48043 )
)
MCLAREN OAKLAND )
50 North Perry Street )
Pontiac, MI  48342 )
)
MCLAREN PORT HURON HOSPITAL )
1221 Pine Grove Avenue )
Port Huron, MI  48060 )

MEMORIAL HEALTHCARE )
826 West King Street )
Owosso, MI  48867 )
)
MEMORIAL HOSPITAL )
615 North Michigan Street )
South Bend, IN  46601 )
)
MEMORIAL HOSPITAL OF RHODE ISLAND )
111 Brewster Street )
Pawtucket, RI  0 )
)
MEMORIAL MEDICAL CENTER )
2450 South Telshor Boulevard )
Las Cruces, NM  88011 )
)
MERCY REGIONAL MEDICAL CENTER )
800 East Main Street )
Ville Platt, LA  70586 )
)
MERCYONE CLINTON MEDICAL CENTER )
1410 North Fourth Street )
Clinton, IA  52732 )
)
MERCYONE DUBUQUE MEDICAL CENTER )
250 Mercy Drive )
Dubuque, IA  52001 )
)
MERCYONE NORTH IOWA )
1000 Fourth Street Southwest )
Mason City, IA  50401 )
)
MERCYONE SIOUXLAND MEDICAL )
CENTER )
801 Fifth Street )
Sioux City, IA  51102 )
)
METHODIST HOSPITALS - NORTHLAKE )
CAMPUS )
600 Grant Street )
Gary, IN  46402 )
)
MHP MEDICAL CENTER )

2451 Intelliplex Drive                          )
Shelbyville, IN  46176                          )
                                                )
MIAMI VALLEY HOSPITAL                           )
One Wyoming Street                              )
Dayton, OH  45409                               )
                                                )
MINDEN MEDICAL CENTER                           )
One Medical Plaza                               )
Minden, LA  71055                               )
                                                )
MISHAWAKA MEDICAL CENTER                        )
5215 Holy Cross Parkway                         )
Mishawaka, IN  46545                            )
                                                )
MIZELL MEMORIAL HOSPITAL                        )
702 North Main Street                           )
Opp, AL  36467                                  )
                                                )
MON HEALTH STONEWALL JACKSON                    )
MEMORIAL HOSPITAL                               )
230 Hospital Plaza                              )
Weston, WV  26452                               )
                                                )
MOUNT CARMEL EAST                               )
6001 East Broad Street                          )
Columbus, OH  43213                             )
                                                )
MOUNT CARMEL NEW ALBANY                         )
7333 Smith's Mill Road                          )
New Albany, OH  43054                           )
                                                )
MOUNT CARMEL SAINT ANN'S                        )
500 South Cleveland Avenue                      )
Westerville, OH  43081                          )
                                                )
MOUNT SAINT MARY'S HOSPITAL                     )
5300 Military Road                              )
Lewiston, NY  14092                             )
                                                )
MOUNT SINAI HOSPITAL                            )
1500 South Fairfield Avenue                     )
Chicago, IL  60608                              )
                                                )

MUNSON HEALTHCARE CADILLAC                )
HOSPITAL                                   )
400 Hobart Street                          )
Cadillac, MI  49601                        )
                                           )
MUNSON HEALTHCARE GRAYLING                 )
HOSPITAL                                   )
1100 Michigan Avenue                       )
Grayling, MI  49738                        )
                                           )
MUSC HEALTH - ORANGEBURG                   )
3000 Saint Matthews Road                   )
Orangeburg, SC  29118                      )
                                           )
NATIONAL PARK MEDICAL CENTER               )
1910 Malvern Avenue                        )
Hot Springs, AR  71901                     )
                                           )
NORTHWEST HEALTH - STARKE                  )
102 East Culver Road                       )
Knox, IN  46534                            )
                                           )
NORTHWEST REGIONAL HEALTH                  )
1530 US Highway 43                         )
Winfield, AL  35594                        )
                                           )
NORTHWESTERN MEDICINE                      )
KISHWAUKEE HOSPITAL                        )
One Kish Hospital Drive                    )
Dekalb, IL  60115                          )
                                           )
NORTHWESTERN MEDICINE MCHENRY              )
HOSPITAL                                   )
4201 Medical Center Drive                  )
McHenry, IL  60050                         )
                                           )
NORTHWESTERN MEDICINE                      )
WOODSTOCK HOSPITAL                         )
3701 Doty Road                             )
Woodstock, IL  60098                       )
                                           )
NORTON CLARK HOSPITAL                      )
1220 Missouri Avenue                       )
Jeffersonville, IN  47130                  )

NORTON KING'S DAUGHTERS' HOSPITAL )
1373 East State Road 62 )
Madison, IN  47250 )
)
OAK FOREST HOSPITAL OF COOK )
COUNTY )
15900 South Cicero Avenue )
Oak Forest, IL  60452 )
)
OHIO STATE UNIVERSITY WEXNER )
MEDICAL CENTER )
410 West Tenth Avenue )
Columbus, OH  43210 )
)
OPELOUSAS GENERAL SOUTH CAMPUS )
3983 I-49 South Service Road )
Opelousas, LA  70570 )
)
OSF LITTLE COMPANY OF MARY )
MEDICAL CENTER )
2800 West 95th Street )
Evergreen Park, IL  60805 )
)
PALESTINE REGIONAL MEDICAL CENTER )
2900 South Loop 256 )
Palestine, TX  75801 )
)
PARKLAND HEALTH CENTER – WEBER )
ROAD )
1212 Weber Road )
Farmington, MO  63640 )
)
PARKLAND HOSPITAL )
5200 Harry Hines Boulevard )
Dallas, TX  75235 )
)
PARKRIDGE WEST HOSPITAL )
1000 Highway 28 )
Jasper, TN  37347 )
)
PARKVIEW DEKALB HOSPITAL )
1316 East Seventh Street )
Auburn, IN  46706 )

PARKVIEW REGIONAL HOSPITAL )
600 South Bonham Street )
Mexia, TX  76667 )
)
PARKVIEW REGIONAL MEDICAL CENTER )
11109 Parkview Plaza Drive )
Fort Wayne, IN  46845 )
)
PERSON MEMORIAL HOSPITAL )
615 Ridge Road )
Roxboro, NC  27573 )
)
PIEDMONT ROCKDALE HOSPITAL )
1412 Milstead Avenue )
Conyers, GA  30012 )
)
PIH HEALTH GOOD SAMARITAN )
HOSPITAL )
1225 Wilshire Boulevard )
Los Angeles, CA  90017 )
)
PLYMOUTH MEDICAL CENTER )
1915 Lake Avenue )
Plymouth, IN  46563 )
)
PRISMA HEALTH BAPTIST EASLEY )
HOSPITAL )
200 Fleetwood Drive )
Easley, SC  29640 )
)
PRISMA HEALTH BAPTIST HOSPITAL )
Taylor at Marion Streets )
Columbia, SC  29220 )
)
PRISMA HEALTH RICHLAND HOSPITAL )
5 Richland Medical Park Drive )
Columbia, SC  29203 )
)
PROMEDICA BAY PARK HOSPITAL )
2801 Bay Park Drive )
Oregon, OH  43616 )
)
PROMEDICA BIXBY HOSPITAL )

818 Riverside Avenue )
Adrian, MI  49221 )
)
PROMEDICA FLOWER HOSPITAL )
5200 Harroun Road )
Sylvania, OH  43560 )
)
PROMEDICA MONROE REGIONAL )
HOSPITAL )
718 North Macomb Street )
Monroe, MI  48162 )
)
PROMEDICA TOLEDO HOSPITAL )
1 ProMedica Parkway )
Toledo, OH  43606 )
)
PROVIDENCE HOSPITAL )
1150 Varnum Street, Northeast )
Washington, DC  20017 )
)
PROVIDENT HOSPITAL OF COOK COUNTY )
500 East 51st Street )
Chicago, IL  60615 )
)
RALEIGH GENERAL HOSPITAL )
1710 Harper Road )
Beckley, WV  25801 )
)
REID HEALTH - CONNERSVILLE )
EMERGENCY DEPARTMENT )
1941 Virginia Avenue )
Connersville, IN  47331 )
)
REID HOSPITAL )
1100 Reid Parkway )
Richmond, IN  47374 )
)
RIVER PARISHES HOSPITAL )
500 Rue De Sante' )
LaPlace, LA  70068 )
)
RIVERS HEALTH )
2520 Valley Drive )
Point Pleasant, WV  25550 )

RIVERVIEW HEALTH NOBLESVILLE )
HOSPITAL )
395 Westfield Road )
Noblesville, IN  46060 )
)
RMC ANNISTON )
400 East Tenth Street )
Anniston, AL  36207 )
)
RUSH COPLEY MEDICAL CENTER )
2000 Ogden Avenue )
Aurora, IL  60504 )
)
RUSSELL MEDICAL CENTER )
3316 Highway 280 )
Alexander City, AL  35010 )
)
RUSSELLVILLE HOSPITAL )
15155 Highway 43 )
Russellville, AL  35653 )
)
SAINT AGNES MEDICAL CENTER )
1303 East Herndon Avenue )
Fresno, CA  93720 )
)
SAINT ALPHONSUS REGIONAL MEDICAL )
CENTER )
1055 North Curtis Road )
Boise, ID  83706 )
)
SAINT BERNARD HOSPITAL AND HEALTH )
CARE CENTER )
326 West 64th Street )
Chicago, IL  60621 )
)
SAINT CATHERINE HOSPITAL )
4321 Fir Street )
East Chicago, IN  46312 )
)
SAINT FRANCIS HOSPITAL )
333 Laidley Street )
Charleston, WV  25301 )
)

SAINT FRANCIS HOSPITAL MUSKOGEE )
300 Rockefeller Drive )
Muskogee, OK  74401 )
)
SAINT JOHN DETROIT RIVERVIEW )
HOSPITAL )
7733 East Jefferson Avenue )
Detroit, MI  48214 )
)
SAINT JOHN NORTH SHORES HOSPITAL )
26755 Ballard Road )
Harrison Township, MI  48045 )
)
SAINT JOSEPH'S HOSPITAL )
350 North Wilmot Road )
Tucson, AZ  85711 )
)
)
SAINT JOSEPH MERCY SALINE HOSPITAL )
400 Russell Street )
Saline, MI  48176 )
)
SAINT JOSEPH REGIONAL MEDICAL )
CENTER )
415 Sixth Street )
Lewiston, ID  83501 )
)
SAINT MARY MEDICAL CENTER )
1500 South Lake Park Avenue )
Hobart, IN  46342 )
)
SAINT MARY'S HOSPITAL )
1601 West Saint Mary's Road )
Tucson, AZ  85745 )
)
SAINT TAMMANY PARISH HOSPITAL )
1202 South Tyler Street )
Covington, LA  70433 )
)
SAINT VINCENT'S BLOUNT )
150 Gilbreath Drive )
Oneonta, AL  35121 )
)
SAINT VINCENT'S MEDICAL CENTER )

2800 Main Street       )
Bridgeport, CT  06606     )
             )
             )
SALINE MEMORIAL HOSPITAL )
1 Medical Park Drive      )
Benton, AR  72015       )
             )
SAMARITAN HOSPITAL - SAINT MARY'S )
CAMPUS          )
1300 Massachusetts Avenue    )
Troy, NY  12180        )
             )
SCHNECK MEDICAL CENTER  )
411 West Tipton Street     )
Seymour, IN  47274      )
             )
SIDNEY AND LOIS ESKENAZI HOSPITAL )
720 Eskenazi Avenue      )
Indianapolis, IN  46202     )
             )
SKOKIE HOSPITAL      )
9600 Gross Point Road     )
Skokie, IL  60076       )
             )
SOUTH SHORE HOSPITAL   )
8012 South Crandon Avenue    )
Chicago, IL  60617       )
             )
SOUTHEAST IOWA REGIONAL MEDICAL )
CENTER, WEST BURLINGTON CAMPUS )
1221 South Gear Avenue     )
West Burlington, IA  52655    )
             )
SOUTHERN TENNESSEE -   )
LAWRENCEBURG      )
1607 South Locust Avenue Highway 43 )
Lawrenceburg, TN  38464    )
             )
SOUTHERN TENNESSEE REGIONAL )
HEALTH CARE PULASKI    )
1265 East College Street     )
Pulaski, TN  38478       )
             )

SOUTHWESTERN MEDICAL CENTER          )
5602 Southwest Lee Boulevard         )
Lawton, OK  73505                    )
                                     )
SOVAH HEALTH - DANVILLE              )
142 South Main Street                )
Danville, VA  24541                  )
                                     )
SOVAH HEALTH - MARTINSVILLE          )
320 Hospital Drive                   )
Martinsville, VA  24115              )
                                     )
SPECTRUM HEALTH PENNOCK              )
1009 West Green Street               )
Hastings, MI  49058                  )
                                     )
                                     )
ST. BERNARDS MEDICAL CENTER          )
225 East Jackson                     )
Jonesboro, AR  72401                 )
                                     )
ST. ELIZABETH DEARBORN HOSPITAL      )
600 Wilson Creek Road                )
Lawrenceburg, IN  47025              )
                                     )
                                     )
ST. MARY'S HEALTHCARE AMSTERDAM      )
427 Guy Park Avenue                  )
Amsterdam, NY  12010                 )
                                     )
                                     )
STARR REGIONAL MEDICAL CENTER -      )
ETOWAH                               )
886 Highway 411 North                )
Etowah, TN  37331                    )
                                     )
STRHS - WINCHESTER                   )
185 Hospital Road                    )
Winchester, TN  37398                )
                                     )
SUMNER REGIONAL MEDICAL CENTER       )
555 Hartsville Pike                  )
Gallatin, TN  37066                  )
                                     )

THE UNIVERSITY OF TOLEDO MEDICAL                    )
CENTER                                             )
3000 Arlington Avenue                              )
Toledo, OH  43614                                  )
                                                   )
THOMAS MEMORIAL HOSPITAL                            )
4605 MacCorkle Avenue Southwest                     )
South Charleston, WV  25309                         )
                                                   )
TRINITY HEALTH ANN ARBOR HOSPITAL                   )
5301 McAuley Drive                                 )
Ypsilanti, MI  48197                               )
                                                   )
TRINITY HEALTH GRAND RAPIDS                         )
HOSPITAL                                           )
200 Jefferson Street, Southeast                     )
Grand Rapids, MI  49503                             )
                                                   )
TRINITY HEALTH LIVINGSTON HOSPITAL                  )
620 Byron Road                                     )
Howell, MI  48843                                  )
                                                   )
TRINITY HEALTH LIVONIA HOSPITAL                     )
36475 Five Mile Road                               )
Livonia, MI  48154                                 )
                                                   )
TRINITY HEALTH MUSKEGON HOSPITAL                    )
1500 East Sherman Boulevard                         )
Muskegon, MI  49444                                 )
                                                   )
TRINITY HEALTH OAKLAND HOSPITAL                     )
44405 Woodward Avenue                               )
Pontiac, MI  48341                                 )
                                                   )
UNION HOSPITAL                                      )
1606 North Seventh Street                           )
Terre Haute, IN  47804                             )
                                                   )
UNITY HEALTH - WHITE COUNTY                         )
MEDICAL CENTER                                      )
3214 East Race Avenue                              )
Searcy, AR  72143                                  )
                                                   )
                                                   )

UNIVERSITY HEALTH LAKEWOOD                )
MEDICAL CENTER                            )
7900 Lee's Summit Road                    )
Kansas City, MO  64139                    )
                                          )
UNIVERSITY HEALTH TRUMAN MEDICAL          )
CENTER                                    )
2301 Holmes Street                        )
Kansas City, MO  64108                    )
                                          )
UNIVERSITY HOSPITAL                       )
600 Highland Avenue                       )
Madison, WI  53792                        )
                                          )
UNIVERSITY OF ILLINOIS MEDICAL            )
CENTER                                    )
1740 West Taylor Street                   )
Chicago, IL  60612                        )
                                          )
UNIVERSITY OF IOWA HEALTH CARE            )
MEDICAL CENTER                            )
200 Hawkins Drive                         )
Iowa City, IA  52242                      )
                                          )
UPPER VALLEY MEDICAL CENTER               )
3130 North County Road 25-A               )
Troy, OH  45373                           )
                                          )
USA HEALTH PROVIDENCE HOSPITAL            )
6801 Airport Boulevard                    )
Mobile, AL  36685                         )
                                          )
USA HEALTH UNIVERSITY HOSPITAL            )
2451 Fillingim Street                     )
Mobile, AL  36617                         )
                                          )
UVA UNIVERSITY HOSPITAL                   )
1215 Lee Street                           )
Charlottesville, VA  22903                )
                                          )
VALLEY VIEW MEDICAL CENTER                )
5330 South Highway 95                     )
Fort Mohave, AZ  86426                    )
                                          )

VANDERBILT UNIVERSITY MEDICAL )
CENTER )
1211 Medical Center Drive )
Nashville, TN  37232 )
)
VAUGHAN REGIONAL MEDICAL CENTER )
1015 Medical Center Parkway )
Selma, AL  36701 )
)
VHC HEALTH )
1701 North George Mason Drive )
Arlington, VA  22205 )
)
WAKEMED CARY HOSPITAL )
1900 Kildaire Farm Road )
Cary, NC  27518 )
)
WAKEMED RALEIGH CAMPUS )
3000 New Bern Avenue )
Raleigh, NC  27610 )
)
WARREN MEMORIAL HOSPITAL )
351 Valley Health Way )
Front Royal, VA  22630 )
)
WEIRTON MEDICAL CENTER )
601 Colliers Way )
Weirton, WV  26062 )
)
WILLAMETTE VALLEY MEDICAL CENTER )
2700 Southeast Stratus Avenue )
McMinnville, OR  97128 )
)
WINCHESTER MEDICAL CENTER )
1840 Amherst Street )
Winchester, VA  22601 )
)
WITHAM MEMORIAL HOSPITAL )
2605 North Lebanon Street )
Lebanon, IN  46052 )
)
WOMEN & INFANTS HOSPITAL )
101 Dudley Street )
Providence, RI  02905 )

WOOSTER COMMUNITY HOSPITAL      )
1761 Beall Avenue      )
Wooster, OH  44691      )
      )
WVU MEDICINE PRINCETON      )
COMMUNITY HOSPITAL      )
122 Twelfth Street      )
Princeton, WV  24740      )
      )
        Plaintiffs,      )
      )
    vs.      )
      )
XAVIER BECERRA, Secretary      )
US. Department of Health & Human Services      )
200 Independence Ave., S.W., Room 700-E      )
Washington, D.C.  20201-0004      )
      )
        Defendant.      )

## COMPLAINT FOR JUDICIAL REVIEW AND DECLARATORY RELIEF

1.      The Plaintiff hospitals (**"Providers"**) bring this action under 42 U.S.C. § 1395oo(f)(1) for judicial review of a final decision of the Defendant, Xavier Becerra, acting in his official capacity as the Secretary of the United States Department of Health and Human Services (**HHS**), and acting through HHS's Provider Reimbursement Review Board (**PRRB or "Board"**).

2.      In a decision dated March 25, 2024, the Board dismissed the Plaintiffs' challenges to a regulation promulgated by the Centers for Medicare and Medicaid Services (**CMS**), the agency within HHS charged with administering the Medicare program. The Providers challenged CMS's publication of a final rule in the Federal Register regarding CMS's Treatment of Medicare Part C Days in the Calculation of

a Hospital's Medicare Disproportionate Patient Percentage. 88 Fed. Reg. 37772 (June 9, 2023) (**"Part C Days Final Rule" or "Final Rule"**).

3.      The Board's decision wrongly held that it lacked jurisdiction because the Providers' appeals did not meet the statutory requirements for entitlement to a Board hearing under 42 U.S.C. § 1395oo(a)(1)(A)(ii) and 42 C.F.R. §§ 405.1835(a) on grounds that: (1) the Final Rule was not an appealable "final determination"; (2) even if it were, the Providers failed to establish that the Final Rule applied to them; (3) the Providers did not properly appeal CMS's publication of SSI Ratios related to the Final Rule; and (4) one Provider's appeal was not timely filed. **Exhibit 1.**

4.      The Plaintiffs seek an order vacating and setting aside the Board's decision and its underlying findings and conclusions as arbitrary and capricious, an abuse of discretion, not in accordance with law, and unsupported by substantial evidence. *See* 5 U.S.C. § 706.

## JURISDICTION AND VENUE

5.      This action arises under Title XVIII of the Social Security Act, as amended, 42 U.S.C. § 1395 et seq. (the **"Medicare Act"**), and the Administrative Procedure Act, 5 U.S.C. § 551 et seq.

6.      This court has federal question jurisdiction under 28 U.S.C. § 1331 as the Providers' claims for judicial review arise under federal law, more specifically 42 U.S.C. § 1395oo(f)(1).

7.     Venue is proper in this District as it too is determined by statute. 42 U.S.C. § 1395oo(f)(1).

### PARTIES

8.     The Plaintiffs here are the Medicare-participating hospitals identified in **Exhibit 2**, which have appealed their disproportionate share hospital (**DSH**) payments for the fiscal years identified.

9.     The Defendant the Secretary of HHS. References to the Secretary are meant to refer to him, his subordinates, and to his official predecessors or successors as the context requires.

### REGULATORY BACKGROUND

10.    The federal program, Medicare is provides health insurance for the aged, disabled and certain individuals with end-stage renal disease. 42 U.S.C. § 1395, *et seq*.

11.    A prospective payment system (**PPS**) reimburses most Medicare-participating hospitals for the cost of providing inpatient hospital services to Medicare beneficiaries at predetermined rates. *See* § 1395ww.

12.    Simply put, a hospital's prospective payments are calculated starting with a standardized per-discharge base rate, which is the national average of the operating costs incurred to provide inpatient services to any Medicare inpatient. That base rate is multiplied by a weighting factor assigned to a patient's specific diagnosis and severity of illness.  The result is then adjusted by factors impacting the specific hospital's average operating costs to treat Medicare patients, such as

the hospital's location in a rural or urban area, its participation in a high- or low-cost labor market, and its payor mix and overall patient demographics.  *See generally*, § 1395ww(d).

13.    One such payment adjustment is the DSH payment, which is provided to hospitals, including the Plaintiffs, that treat a disproportionate share of low-income patients.  § 1395ww(d)(5)(F); 42 C.F.R. § 412.106.

14.    Hospitals dissatisfied with a "final determination of the Secretary *as to* the amount of the payment under subsection (b) or (d) of section 1395ww," can file an appeal with the Board under § 1395oo(a) (emphasis added).  This includes the DSH payment calculation located in § 1395ww(d)(5).

15.    To file an administrative appeal, a hospital must request a Board hearing within 180 days after notice of the Secretary's final determination, and the amount in controversy must be at least $10,000 for an appeal filed by an individual hospital, or $50,000 for an appeal filed by a group of hospitals presenting a common question of fact or legal challenge.  § 1395oo(a), (b); 42 C.F.R. § 405.1835(a).

16.    Under 42 C.F.R. § 405.1835(b), the content of the hearing request must include: a "demonstration that the provider satisfies the requirements for a Board hearing as specified in paragraph (a) of this section, including a specific identification of the final … Secretary determination under appeal," *id.* at (b)(1), "a separate explanation of why, and a description of how, the provider is dissatisfied with the specific aspects of the final … Secretary determination" in the manner described, *id.* at (b)(2); and, at issue here, "a copy of the final … Secretary

determination under appeal and *any other documentary evidence the provider considers necessary to satisfy the hearing request requirements* of paragraphs (b)(1) and (b)(2) of this section," *Id.* at (b)(3).

17.     Additionally, Board Rule 7.1 requires that a hearing request must "identify the cost reporting periods affected by the determination" and provide "a copy of the final determination."  Rule 7.1.1.  For an appeal from a Federal Register Notice, the request must "[i]dentify the Federal Register citation and provide the applicable pages of the Federal Register." Rule 7.1.2.3.  For any "other" final determination not listed in the Rules, the provider must "identify the specific final determination being appealed and the authority granting the Board's jurisdiction over the dispute."  Rule 7.1.2.5.

### CMS's Treatment of Part C Days

18.     The formula at the core of hospitals' DSH payments is the disproportionate patient percentage (**DPP**), which measures a hospital's low-income patient population.  The DPP is the sum of two fractions: the Medicare Fraction and the Medicaid Fraction. § 1395ww(d)(5)(F)(vi).

19.     The Medicare Fraction numerator is "the number of such hospital's patient days for such period which were made up of patients who (for such days) were entitled to benefits under part A of this subchapter and were entitled to supplementary security income [(**SSI**)] benefits (excluding any State supplementation) under subchapter XVI of this chapter, and the denominator … is the number of such hospital's patient days for such fiscal year which were made up

32

of patients who (for such days) were entitled to benefits under part A."

§ 1395ww(d)(5)(F)(vi)(I).

20.    The Medicaid Fraction numerator is "the number of the hospital's patient days for such period which consist of patients who (for such days) were eligible for medical assistance under a State plan approved under subchapter XIX, but who were not entitled to benefits under part A of this subchapter, and the denominator . . . is the total number of the hospital's patient days for such period." § 1395(d)(5)(F)(vi)(II).

21.    CMS calculates every hospital's Medicare Fraction, also known as an SSI Ratio, by matching patient data held by CMS concerning Medicare beneficiaries and data held by the Social Security Administration concerning SSI beneficiaries. FY 2011 Final Rule, 75 Fed. Reg. 50,041, 50,277-81 (Aug. 16, 2010).  Hospitals are unable to calculate their own SSI Ratio because they lack access to the necessary data. *Id*.

22.    The merits question of the Providers' dismissed appeals is whether patients enrolled in Part C plans are "entitled to benefits under part A," and therefore belong in the Medicare Fraction, and not the Medicaid Fraction, during the period from 2006 to 2013.

23.    Before October 1, 2004, CMS construed the term "entitled" in the DSH statute to mean that a patient was "entitled to benefits under Part A" when Medicare Part A covered and paid for the patient's hospitalization. *See* 42 C.F.R. § 412.106(b)(2)(1)(2003).  Part C days were therefore excluded from the Medicare

33

Fraction, and, if the patient was eligible for Medicaid, the days were counted in the Medicaid Fraction numerator.

24.     In 2004, CMS published a final rule adopting a new policy of counting Part C Days in the Medicare Fraction.  FY 2005 IPPS Final Rule, 69 Fed. Reg. 48916, 49099 (Aug. 11, 2004).  CMS's attempt in the final rule to apply the new policy retroactively was struck down in 2011 in Ne. Hospital Corp. v. *Sebelius*, 657 F. 3d 1, 13 (D.C. Cir. 2011).

25.     CMS's attempt to apply the final rule prospectively was also struck down in 2014 because CMS committed a fatal error in the rulemaking process such that the final rule was not a logical outgrowth of the proposed rule.  *Azar v. Allina Health Services*, 746 F.3d 1102, 1108 (D.C. Cir. 2014) (***"Allina I"***); § 1395hh(a)(4).

26.     Despite the policy having been stricken, in 2014 CMS published a list of hospitals' SSI Ratios for FFY 2012 that included Part C Days in the Medicare Fraction.  The Supreme Court held that CMS's publication of the SSI Ratios constituted a "statement of policy" that "change[d] a substantive legal standard governing … payment for services," and, under § 1395hh(a)(2), the policy could not take effect until it underwent notice-and-comment rulemaking procedures.  *Azar v. Allina Health Servs.*, 139 S. Ct. 1804, 1810-15 (2019) (***"Allina II"***).

27.     On remand from the Supreme Court, CMS was tasked with providing a remedy for hospitals whose DSH payments were calculated under the invalidated policy.

28.     On August 6, 2020, CMS published its proposed remedy, asserting that it would once again apply a retroactive policy of including Part C Days in the Medicare Fraction.  Part C Days Proposed Rule, 85 Fed. Reg. 47723 (Aug. 6, 2020).

29.     Within two weeks, CMS issued CMS Ruling 1739-R (Aug. 17, 2020), which, by its own terms, provided "notice that the Provider Reimbursement Review Board (PRRB) and other Medicare administrative appeals tribunals lack jurisdiction over certain provider appeals regarding the treatment of patient days associated with patients enrolled in Medicare Advantage plans in the Medicare and Medicaid fractions of the disproportionate patient percentage."  The Ruling "applie[d] only to appeals regarding patient days with discharge dates before October 1, 2013 that arise from Notices of Program Reimbursement (NPRs) that are issued before CMS issues a new final rule to govern the treatment of patient days with discharge dates before October 1, 2013 …." *Id*.

30.     On June 9, 2023, CMS finalized its proposal "that a patient enrolled in [a Part C] plan remains entitled to benefits under Medicare Part A and will be counted in the Medicare Fraction of the DPP and not counted in the numerator of the Medicaid fraction," for discharges occurring before October 1, 2013.  88 Fed. Reg. 37,772, 37,790 (June 9, 2023).

31.     Between August and November 2023, CMS republished on its website the same SSI fractions that were previously released for fiscal years prior to FFY

2014, asserting that the SSI Ratios were published "pursuant to CMS-1739-F," *i.e.*, the Part C Days Final Rule.[1]

32.    CMS relabeled under CMS-1739-F the exact SSI Ratio files that it had created a decade or longer ago.  CMS did not re-calculate the ratios as part of the post-*Allina II* rulemaking in 2020-2023, and CMS never formally announced the reissuance of the existing SSI Ratios.

## The Providers' Part C Days Appeals

33.    Between 2009 and 2021, the Plaintiffs filed appeals under § 1395oo(a)(1)(A)(i) from Notices of Program Reimbursement issued by their respective Medicare Administrative Contractors (**MACs**), and/or from SSI Ratios published by the Secretary, challenging CMS's policy of counting Part C Days in the Medicare Fraction of their DPPs for fiscal years ranging from 2006 through 2013. The case numbers of these appeals were identified for every Provider and fiscal year in attachments to the designated representative letters filed with the Providers' appeals of the 2023 Part C Days Final Rule.

34.    As a matter of Board record and/or public court record, the PRRB cases identified in the Providers' submitted appeal requests were either (1) remanded to the Secretary by the Board in accordance with CMS Ruling 1739-R, or (2) granted expedited judicial review by the Board, appealed to federal court, and then

---

[1]*See* **Exhibit 3**, a copy of the "Final Determination" Providers produced to the Board with their appeals, containing the Part C Days Final Rule *and* a printed copy of CMS's webpage, Disproportionate Share Hospital (DSH) with its "Note to Providers on CMS-1739-F SSI Ratios" and hyperlinked ZIP files that contain hundreds of pages of published SSI Ratios for all of the Plaintiffs (and others) and all of their appealed fiscal years (and more). Available at *https://www.cms.gov/medicare/payment/prospective-payment-systems/acute-inpatient-pps/disproportionate-share-hospital-dsh*

remanded to the Secretary by court order granting the Secretary's motion for voluntary remand in accordance with CMS Ruling 1739-R. *See* Order and attachment, Dkt. 74 and 74-1, Case No. 19-mc-190 (D.D.C. Jan. 19, 2021).

35.     After the Final Rule was published advising hospitals that CMS's proposed remedy in response to its loss in *Allina II* was to apply exactly the same policy that was previously invalidated, the Providers appealed "the Secretary's final determination—contained in the Final Rule and the accompanying SSI ratios—as to the DSH payment amount they will receive for the fiscal years at issue." Ex. 1 at 3 (quoting the Providers' materially identical issue statements).

36.     The Providers' appeals identified the final determination under appeal by citing the Part C Days Final Rule in the federal register and its publication date of June 9, 2023, and provided a copy of the final determination including the full 22-page text of the pertinent section of the Final Rule and eight additional pages printed from CMS's website on November 15, 2023, with active hyperlinks to the SSI Ratio files. The appeals also contained an issue statement describing the nature of the Providers' dissatisfaction with the final determination; a calculation of the Providers' amounts in controversy for each impacted fiscal year; a designation of representative letter that identified the claims covered by the representation through a list of the Providers' previously appealed fiscal years and the PRRB case number associated with those appeals; and a statement that due to its retroactive nature, this particular final determination impacted more than one fiscal year.

37.     On March 25, 2024, the Board *sua sponte* dismissed the Providers'
appeals, basing its decision on factual inaccuracies about the contents of the
Providers' appeal requests and legal inaccuracies about the requirements of an
appeal request.

38.     Providers now timely seek judicial review under 42 U.S.C. §
1395oo(f)(1).

**BASES OF APPEAL ON REVIEW**

39.     The Medicare Act allows for judicial review of the Board's
jurisdictional dismissal "pursuant to the applicable provisions under chapter 7 of
title 5," of the APA. 42 U.S.C. § 1395oo(f)(1).

40.     The APA provides that the "reviewing court shall… hold unlawful and
set aside agency action… found to be… (A) arbitrary, capricious, an abuse of
discretion, or otherwise not in accordance with law;… (C) in excess of statutory
jurisdiction, authority or limitations, or short of statutory right; (D) without
observance of procedure required by law; [or] (E) unsupported by substantial
evidence[.]" 5 U.S.C. § 706(2).

**Count I: Board Dismissal for Lack of Jurisdiction
(Final Rule not a final determination)**

41.     Providers repeat and incorporate the allegations in the above
paragraphs of this *Complaint* as if set forth fully here.

42.     The Board's finding that it lacked jurisdiction because the Final Rule
is not an appealable final determination must be set aside because it is arbitrary,

capricious, an abuse of discretion, not in accordance with law, and unsupported by substantial evidence.

43.    A "final determination of the Secretary as to the amount of the payment under subsection (b) or (d) of section 1395ww" is appealable under § 1395oo(a)(1)(A)(ii).  The Final Rule is such a determination about the amount of hospitals' DSH payments, which are calculated under § 1395ww(d)(5)(F)(vi). *Washington Hosp. Ctr. v. Bowen*, 795 F.2d 139, 145 (D.C. Cir. 1986); *Battle Creek Health Sys. v. Becerra*, No. 17-cv-0545 (CKK), 2023 WL 7156125, at *5-6 (D.D.C. Oct. 31, 2023).

44.    The Board's decision relied heavily on the fact that the Providers can alternatively appeal under § 1395oo(a)(1)(A)(i) from the revised Notices of Program Reimbursement issued long after the Final Rule's publication.  Under the Board's interpretation of a "final determination" under § 1395oo(a)(1)(A), the Providers' right to an appeal under  § 1395oo(a)(1)(A)(ii) from the Secretary's PPS payment determinations is rendered meaningless.

45.    Furthermore, the Board's finding that it lacked jurisdiction over a Federal Register appeal because the Providers failed to provide documentation establishing the procedural history of their prior NPR-based appeals for all cost reporting periods to which CMS is applying the Final Rule, is arbitrary, capricious, an abuse of discretion, not otherwise in accordance with law, and unsupported by substantial evidence.

46.     The Board's finding that the Providers included no information about their prior NPR-based appeals is contradicted by the record and moreover not required by law. The Providers appealed from a final determination of the Secretary, and nowhere in the statutes, regulations, or Board Rules is there a requirement that hospitals appealing from a final determination of the Secretary also provide documentation of a final determination of a MAC. The requirement that Providers include other information the providers rely on to support jurisdiction is not a requirement that the Providers include copies of all information the Board could possibly wish to review.  The Providers' hearing requests identified the prior PRRB cases and claims to which the Final Rule would apply.  The Board has access to the records of those appeals and has the authority to request that the Providers document the procedural history of the prior appeals if the Board believes it is necessary to resolve jurisdiction in these cases.  The Board's decision to dismiss the appeals because it found that the Providers' documentation insufficiently established the unprecedented and convoluted, decades-long procedural history of these claims, without first requesting such information from the Providers, was furthermore an abuse of discretion.

47.     The Board's finding that the Providers' appeal requests from the published SSI Ratios did not satisfy the content requirements is arbitrary, capricious, an abuse of discretion, not otherwise in accordance with law, and unsupported by substantial evidence.

48.     The Board relied heavily on its erroneous finding that the Providers did not include as part of their appealed-from final determination a copy of the SSI Ratios. To the contrary, the record shows that the Providers included in the filed copy of their final determination CMS's statement on its website reissuing previously-published SSI Ratios under the label of the Final Rule, CMS 1739-F. That file included hyperlinks to the native SSI Ratio files for every fiscal year from 1988 to 2013.  The Board's finding that it was unclear whether the SSI ratios covered the fiscal years at issue is contradicted by the record.  The metadata of those native SSI files makes clear that CMS did not revise the SSI Ratios it had last published for those periods.  The Board's finding that the Providers did not document the actual publication date of the SSI Ratios in the record, and that it would be impossible for the Board to determine whether the Providers' appeal from the SSI Ratios was timely, is also contradicted by the record. Furthermore, the Board's repeated notation that the Providers alleged the SSI Ratios were published "'on or about October 15, 2023'" is not supported by the record.

49.     The Providers satisfied all jurisdictional requirements to pursue their appeals before the PRRB. Their appeal requests properly identified the cost reporting periods at issue, the date of the final determination, the pages and citations of the applicable Federal Register notice, and link to SSI percentages located on CMS's website issued under the Final Rule. Further, Providers included their requisite financial impact statements, issue statements, audit adjustments,

protest amounts, and representation letters before the Board. Thus, the Boards dismissal of their properly filed appeals was invalid.

## Count II: Board Dismissal for Untimely Filing

50.     The Board's dismissal of Saint Joseph Mercy Hospital (Provider No. 23-0212) for its FYE 06/30/2007 claim for untimely filing is arbitrary, capricious, an abuse of discretion, not otherwise in accordance with law, and unsupported by substantial evidence.

51.     The Board Rules mandate electronic filing of appeals through the Office of Hearing Case and Document Management System (**"OH CDMS"** or the **"System"**). Rule 2.1.1.  New appeals can be created only for providers that are pre-populated into the System by the System's technical staff.  If a provider is not already in the System, the representative must contact OH CDMS staff to have the Provider's information created in the System so that an appeal can be initiated.

52.     On December 6, 2023, the deadline to appeal the Final Rule, Saint Joseph Mercy Saline Hospital, which is no longer in operation, was not populated in the System.  The Provider's representative contacted OH CDMS staff to correct this omission, but the correction was not completed until the next day.  Still, Saint Joseph Mercy Saline Hospital's designation of representative letter, identification of its impacted fiscal year and prior PRRB case number, amount in controversy calculation, and other joint documentation universal to all group participants (*e.g.*, the group issue statement), was submitted to the Board by the deadline through the

Board-permitted practice of bundling documents to be uploaded for multiple group participants, uploading the bundle for the first-added participant, and assigning the same bundle of documents to later-added participants.

53.     Therefore, even though the Board's filing System prevented Saint Joseph Mercy Hospital from appearing as a group participant in OH CDMS, all of the documentation supporting its appeal was submitted to the Board by the 180-day filing deadline.

54.     OH CDMS staff populated Saint Joseph Mercy Saline Hospital in the System on December 7, 2023, and the Provider was added as a group participant that day.  The Board's decision to ignore the timeliness of the Provider's submitted supporting documentation and find the Board's own System limitations in electronically identifying the Provider as a participant is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law, insofar as it deprives the Provider of its appeal rights despite the Provider having timely submitted its supporting documentation and information.

## RELIEF REQUESTED

**Therefore,** Providers respectfully request relief as follows:

(1) Declaring invalid and setting aside the Board's final decision dismissing for lack of jurisdiction the Providers' appeal from the Secretary's final determination in the June 9, 2023 Final Rule,

(2) requiring that the Agency pay for legal fees and costs of the suit incurred by the Providers, and

(3) providing all other relief as this Court deems appropriate.

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.


By:  /s/ Andrew B. Howk
    Andrew B. Howk, Attorney No. IN0005
    500 N. Meridian Street, Suite 400
    Indianapolis, IN  46204-1293
    Ph:  (317) 633-4884
    Fax: (317) 633-4878
    Email:      ahowk@hallrender.com

    Heather D. Mogden, Attorney No. WI0039
    330 E. Kilbourn Ave., Suite 1250
    Milwaukee, WI  53202
    Ph:  (414) 721-0442
    Fax: (414) 721-0491
    Email:      hmogden@hallrender.com

    *Attorneys for Plaintiffs*